AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1307 E Street, SE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER 0 8 - 0 5 1 - M - 0 1

TO:  __Daniel C. Sparks__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Daniel C. Sparks_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

1307 E Street, S.E., Washington, D C., is a multi-story tan brick building with a waist-high black wrought iron fence in front. There is a brown wooden door with a decorative wreath hanging on it and a black wrought iron security door on the outside of the wooden door. To the right of the wooden door is a black mailbox with the numerals 1307 on a silver placard on the mailbox.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attached Affidavit**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __February 1, 2008__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__1/25/08 @ 5:43 pm__
Date and Time Issued

at Washington, DC

Name and Title of Judicial Officer           Signature of Judicial Officer

08-051-M-01

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 1/25/08 | 1/25/08 6:45 p.m. | Plainview in residence |

INVENTORY MADE IN THE PRESENCE OF
SAs Scott Turner, Tom Ryan, Katherine Hanna, Brian Jacob

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See attached FD-597

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature: Daniel G. Sparks]*

**FILED**
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

*[signature]* _____  1/29/08
U.S. Judge or U.S. Magistrate Judge         Date

FD-597 (Rev 8-11-94)                                                                         Page 1 of 5

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-231704

On (date) 1/25/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Not present

(Street Address) 1307 E Street, SE

(City) Washington, D.C.

Description of Item(s):

1. Miscellaneous jewelry located in stand drawer at top of stairs by SA Turner (Room A)
2. Miscellaneous jewelry, coins + keys #1 located in "book shaped" jewelry box in stand at top of stairs (Room A) by Turner
3. Miscellaneous jewelry located in Dresser in Room # I by Pet Edwards
4. Black wallet with credit cards, photos, passport of David Nikolow (Exp) and address book located in dresser in Room I by Edwards
5. 25 rounds of 30-06 ammo located in Room J in rifle case by Jacob. Also with United Airlines Tag.
6. Handgun holster located in jacket pocket in Room J by Jacob
7. Bank statements located under bed in Room I by Sparks
8. Brown Briefcase with mail matter in name of Alexander Alexandrov located in Room H by Edwards
9. Bank statements located under bed in Room I by SA Sparks
10. .22 caliber 4 shot pistol silver in color with white handle in brown holster located in hallway closet Room C by Pet Scherr
11. Seven ladies purses located in room H by SA Matthews

Received By: _____(Signature)          Received From: Not present (Signature)

FD-597 (Rev 8-11-94)

Page 2 of 5

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-UF-231704

On (date) 1/25/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Not present
(Street Address) 1307 E Street, SE
(City) Washington, D.C.

Description of Item(s):

12) Miscellaneous documents located in table closest to door Room I by SA Bevington.

13) Black powder pistol with no cylinder located in hallway closet Room C by Det. Scherr

14) Coin collection located in black bag with flowers found in Room J by Tenuta.

15) Toshiba laptop with case serial # 24044208N located in Room H by Edwards

16) Bank and credit card statement located in Bedside Table Room I by Matthews

17) Passports of Petra Nikolov, business cards, photos, receipts, travel documents located in Room T by Sepeck

18) Pen and miscellaneous jewelry located in Room T by Sepeck.

19) Miscellaneous jewelry and coins located in dresser in Room T by Edwards

20) Miscellaneous jewelry located in Room D by SGT Monohan

21) Pearls located in Room I in dresser by Sepeck

22) Three silver in color coins located in Hall A by Matthews

23) Two clear colored boxes containing boxes of jewelry located

Received By: ___/s/___
(Signature)

Received From: Not present
(Signature)

FD-597 (Rev 8-11-94)                                                   Page __3__ of __5__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __2450-WF-231704__

On (date) __1/25/08__                            item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) __Not present__

(Street Address) __1307 E Street, SE__

(City) __Washington, D.C.__

Description of Item(s): In Room I on Armoure by Jolly (Box #2)

(24) Two clear colored boxes containing boxes of jewelry located in Room I on Armoure by Jolly (Box #1)

(25) Two purses found in Room I on bench by Jolly

(26) Plastic bag with gold colored jewelry located in hallway closet Room C middle shelf by Det Scherr.

(27) Various jewelry located in bottom drawer of armoire in Room ~~B~~ I by Hanna.

(28) Bills / DMV records found in hall Table Room A by Matthews

(29) Various jewelry located in bottom drawer of armore by SA Hanna.

(30) Miscellaneous documents located in room A in mail container on wall, by Bevington

(31) Clear ziplock bag containing loose rounds located on wall in Room D by SGT Monahan.

(32) 5 purses found in Room H by Matthews

(33) Five purses located in Room D by Monahan

(34) Channel purses 7 located in Room I by Jolly.

(35) Fang Ngil wood Mask w/ appraisal and other artifacts located in Room J by Nwachuku

Received By: _____/s/_____           Received From: __Not present__
           (Signature)                                 (Signature)

FD-597 (Rev 8-11-94)                                                                                    Page __4__ of __5__

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __245D-WF-231704__

On (date) __1/25/08__                                                     item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) __Not present__
(Street Address) __1307 E Street, SE__
(City) __Washington, DC__

Description of Item(s): (36) Twenty purses and one box containing fur located in closet H by Det. Sepeck.
(37) Muzzel loader rifle of unknown manufacturer serial 5595 located by Tenuta in Room J
(38) 357 Magnum and 32 auto bullets located in Room J by Nwachuku,
(39) African mask and statue located in closet in Room J by Tenuta
(40) Jewelry from jewelry box located to left of entrance of Room I by Pinto
(41) Jewelry from jewelry box located in Room I left of entrance by Mike Pinto
(42) Brown pouch with old coins located in Room J by Nwachuku
(43) Remington Model 700 serial # 6465587 30-06 caliber located in Room J by Jacob.
(44) Miscellaneous jewelry located in Room J by Nwachuku
(45) White, leopard, dark brown (three fur coats) located in Room G closet by Pinto
(46) Real estate purchase agreement for 1113 food Wayne Road, SE and 1941 16th Street, SE in Room J by Nwachuku

Received By: _____/s/_____           Received From: __Not present__
                (Signature)

FD-597 (Rev 8-11-94)  Page  5  of  5

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-231704

On (date)  1/25/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Not present
(Street Address) 1307 E Street, SE
(City) Washington, D.C.

Description of Item(s):
(47) Miscellaneous papers and photos of boat and keys to boat. Located in Room J by Nwachuku
(48) One black fur scarf and one black fur coat located on Petra Nikolow when arrested.
(49) Metal pig located by fireplace in Room F by Turner

Nothing Else

Received By: _____ (Signature)    Received From: Not present (Signature)